UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARRY COUDRIET, WILLIAM HOOPER, JOHN LOGAN, and RICHARD NEWMAN, individually and as class representatives,

Plaintiffs,

v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 23; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION; and PACIFIC MARITIME ASSOCIATION,

Defendants.

Case No. C08-5122FDB

ORDER FINDING PLAINTIFF'S MOTION FOR RELIEF UNDER FED. R. CIV. P 56(F) TO BE MOOT

Plaintiffs move for relief under Fed. R. Civ. P. 56(f), specifically, for the Court to strike Local 23's motion for partial summary judgment with leave to re-file following discovery.

The discovery issue was raised as part of Plaintiffs' opposition to Local 23's motion, and in view of the Court's decision on the motion, postponing the motion was deemed futile.

ACCORDINGLY, IT IS ORDERED: Plaintiffs' Motion for Relief Under Fed. R. Civ. P. 56(f) [Dkt. # 28] is found to be MOOT.

DATED this 3rd day of June, 2008.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1